### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **FARAHNAZ NEMATI,** § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:23-cv-04007 |
| § | |
| **SAKS & COMPANY, LLC,** § | |
| Defendant. § | |
| § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Farahnaz Nemati and Defendant SFA and Company LLC d/b/a SFA, (collectively, "the Parties"), by and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal With Prejudice and in support state the following:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to dismissal of this action with prejudice. Because the Parties have resolved the issues and disputes in the case, the Parties respectfully ask the Court to Order that this matter be dismissed **with prejudice** and without award of costs or fees to either party.

| | |
|---|---|
| Dated: January 2, 2025 | Respectfully submitted, |
| | |
| | /s/ Ronald Dupree (*w/permission) |
| | Ronald Dupree (Attorney-in-Charge) |
| | Texas Bar No. 24055433 |
| | Federal I.D. No. 1046738 |
| | DUPREE LAW FIRM, PLLC |
| | 2800 Post Oak Blvd, Suite 4100 |
| | Houston Texas 77056 |
| | Telephone: 832.800.4529 |
| | Facsimile: 281.503.7905 |
| | ronald@dupreelawfurm.com |
| | |
| | **ATTORNEY FOR PLAINTIFF** |
| | |
| *Of Counsel:* | /s/ Nehal S. Anand |
| | Nehal S. Anand (Attorney-in-Charge) |
| Katie Banks | State Bar No. 24070600 |
| State Bar No. 24092114 | Federal I.D. No. 1061200 |
| Federal I.D. No. 2516169 | Littler Mendelson, P.C. |
| LITTLER MENDELSON, P.C. | 1301 McKinney Street, Suite 1900 |
| 1301 McKinney Street, Suite 1900 | Houston, TX 77010 |
| Houston, TX 77010 | 713.951.9400 (Telephone) |
| 713.951.9400 (Telephone) | 713.951.9212 (Telecopier) |
| 713.951.9212 (Telecopier) | nanand@littler.com |
| kbanks@littler.com | |
| | **ATTORNEYS FOR DEFENDANT** |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FARAHNAZ NEMATI,**<br>            Plaintiff,<br><br>v.<br><br>**SAKS & COMPANY, LLC,**<br>            Defendant. | §<br>§<br>§<br>§<br>§   **CIVIL ACTION NO. 4:23-cv-04007**<br>§<br>§<br>§<br>§<br>§ |

### ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. Having considered the Stipulation, the Court ORDERS as follows:

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. The Parties shall bear their own costs.

SIGNED this _____ day of _____, 2025.

_____
United States District Judge