United States District Court
Southern District of Texas
**ENTERED**
January 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FARAHNAZ NEMATI, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:23-cv-04007 |
| § | |
| SAKS & COMPANY, LLC, § | |
| Defendant. § | |

### ORDER OF DISMISSAL

The Joint Stipulation of Dismissal is granted. This matter is DISMISSED WITH PREJUDICE, and the parties will bear their own costs.

SIGNED this  2nd  day of  January , 2025.

_____
United States District Judge

3